IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUZANNAH SCHMID,

    Appellant,　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　Case No. 13-cv-784-bbc

BANK OF AMERICA, N.A.,

    Appellee.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the September 5, 2013 decision of the United States Bankruptcy Court for the Western District of Wisconsin denying Suzannah Schmid's motion for relief is AFFIRMED.


| s/K. Jacobson, Deputy Clerk | 2/24/14 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |